# Proceeding Minutes / Proceeding Memo

**Case #:** 22-50659    **Case Name:** Robert Christopher Gentry and Jessica Nicole Gentry

**Set:** 10/16/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter:** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 9/8/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 09/29/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #71)

Response filed by the Debtors (Dkt. #72)

---

Minute Entry Re: (related document(s): [71] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 10/30/2025. Email received from Cuntz's office. (mcc)