United States Bankruptcy Court
Southern District of Mississippi

In re:                                                    Case No. 22-50659-KMS
Robert Christopher Gentry                                   Chapter 13
Jessica Nicole Gentry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                           User: mssbad                           Page 1 of 2
Date Rcvd: Oct 21, 2025                  Form ID: pdf012                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Christopher Gentry, Jessica Nicole Gentry, 1121 Berthadale Rd., McComb, MS 39648-8242 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025                              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Robert Christopher Gentry jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Jessica Nicole Gentry jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi LLC jtucker@towerloan.com |
| Joseph Justin Saffle | on behalf of Creditor Lendmark Financial Services justin@wilkinsonlawms.com bk@wilkinsonlawms.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robert Christopher Gentry trollins@therollinsfirm.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Jessica Nicole Gentry trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **ROBERT CHRISTOPHER GENTRY** | **CASE NO.:  22-50659 KMS** |
| **JESSICA NICOLE GENTRY** | |

**\*\*AMENDED\*\*ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE**

IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan[1].  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**ROBERT C. & JESSICA N. GENTRY**
**1121 BERTHADALE RD.**
**MCCOMB, MS 39648**

**are** *directed to pay the* **amended sum of \*\*$416.00\*\*per month effective with the payment due before noon on October 30th, 2025.**   Payments can be made through TFSbillpay.com or by CERTIFIED FUNDS. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

**##END OF ORDER##**

---

1 Adjusted plan payment due to TMTD (Dkt. 71).