

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                    CHAPTER 13
ROBERT CHRISTOPHER GENTRY                 CASE NO:  22-50659 KMS
JESSICA NICOLE GENTRY

### ORDER RELEASING EARNINGS OF DEBTOR(S)

**THE ORDER (Dkt. 75)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR. TRUSTEE**

**P.O. BOX 3749**

**GULFPORT MS 39505-3749**

**(228) 831-9531 / (228) 831-9902**

**ARE VACATED, AND THE ABOVE-NAMED DEBTOR(S) ARE AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**