United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 22-50659-KMS

Robert Christopher Gentry                                                   Chapter 13

Jessica Nicole Gentry

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                     User: mssbad                                Page 1 of 3

Date Rcvd: Apr 16, 2026             Form ID: ntcdsm                       Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Robert Christopher Gentry, Jessica Nicole Gentry, 1121 Berthadale Rd., McComb, MS 39648-8242 |
| cr | + | Lendmark Financial Services, Wilkinson Law Firm PC, Justin Saffle, 511 Keywood Circle, Flowood, MS 39232-3019 |
| 5115800 | + | 1st Franklin Financial, 11010 Hwy 49, Suite 2, Gulfport, MS 39503-4191 |
| 5115801 | + | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 5115810 | + | Graceland Rentals, Carrus, LLC, 25 Highland Park Village #100-199, Dallas, TX 75205-2789 |
| 5115812 | + | Lendmark Financial Svc, 15232 Crossroads Pkwy, Ste 40, Gulfport, MS 39503-3564 |
| 5115813 | + | Mariner Finance, 1870 Executive Par, Cleveland, TN 37312-2700 |
| 5115816 | + | Network Services, 810 Hardy St., Hattiesburg, MS 39401-3667 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Apr 16 2026 23:30:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5121401 | + | Email/Text: bankruptcy@1ffc.com | Apr 16 2026 19:32:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5115802 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2026 19:41:49 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5143158 | + | EDI: MAXMSAIDV | Apr 16 2026 23:30:00 | Aidvantage on behalf of The Department of Educatio, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5115803 | + | Email/Text: bankruptcy1@tritonmgt.com | Apr 16 2026 19:32:00 | Always Money, 11530 Hwy 49, Gulfport, MS 39503-3089 |
| 5115804 | + | EDI: CAPITALONE.COM | Apr 16 2026 23:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5115805 | | EDI: WFNNB.COM | Apr 16 2026 23:30:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5115806 | + | EDI: CCS.COM | Apr 16 2026 23:30:00 | Credit Colelction Serv, Two Wells Ave, Newton Center, MA 02459-3225 |
| 5115807 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2026 19:41:53 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5115808 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 19:41:53 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5115809 | + | EDI: AMINFOFP.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: ntcdsm | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2026 23:30:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5139619 | + | Email/Text: bankruptcy@towerloan.com | Apr 16 2026 19:32:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5365473 | | EDI: JEFFERSONCAP.COM | Apr 16 2026 23:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5115811 | + | EDI: CAPITALONE.COM | Apr 16 2026 23:30:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5123322 | | Email/Text: bk@lendmarkfinancial.com | Apr 16 2026 19:32:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, Ga 30014 |
| 5117769 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 19:41:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5140139 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2026 19:32:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5115815 | + | EDI: MAXMSAIDV | Apr 16 2026 23:30:00 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5119903 | + | EDI: JEFFERSONCAP.COM | Apr 16 2026 23:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5115817 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 16 2026 19:32:00 | Progressive, 11629 So 700 E, Draper, UT 84020-8376 |
| 5137000 | | EDI: Q3G.COM | Apr 16 2026 23:30:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5115818 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 19:41:48 | Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5131739 | | Email/Text: TMSGroup@peritusservices.com | Apr 16 2026 19:32:00 | TMS GROUP, Triton Peritus Portfolio Services II, LL, PO BOX 141419, IRVING, TX 75014-1419 |
| 5115820 | | Email/Text: bankruptcy@towerloan.com | Apr 16 2026 19:32:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5115819 | + | EDI: Q3GTBI | Apr 16 2026 23:30:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 5115821 | | Email/Text: bankruptcynotices@vivecard.com | Apr 16 2026 19:32:00 | Vive Financial, 380 Data Drive, Draper, UT 84020 |
| 5120789 | | Email/Text: bankruptcynotices@vivecard.com | Apr 16 2026 19:32:00 | Vive Financial, PO Box 708670, Sandy, Utah 84070 |
| 5136020 | + | EDI: AIS.COM | Apr 16 2026 23:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5115822 | + | EDI: WFHOME | Apr 16 2026 23:30:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 5125663 | | EDI: WFCCSBK | Apr 16 2026 23:30:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5139620 | *+ | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5115814 | ##+ | Minute Loan Center, 830 Pass Rd #A, Gulfport, MS 39501-6447 |

District/off: 0538-6          User: mssbad          Page 3 of 3

Date Rcvd: Apr 16, 2026          Form ID: ntcdsm          Total Noticed: 38

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Robert Christopher Gentry jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Jessica Nicole Gentry jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi  LLC jtucker@towerloan.com |
| Joseph Justin Saffle | on behalf of Creditor Lendmark Financial Services justin@wilkinsonlawms.com  bk@wilkinsonlawms.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Jessica Nicole Gentry trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robert Christopher Gentry trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 8

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  22−50659−KMS
Chapter:  13

In re:

Robert Christopher Gentry
1121 Berthadale Rd.
McComb, MS 39648

Jessica Nicole Gentry
1121 Berthadale Rd.
McComb, MS 39648

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−4764                          xxx−xx−4754

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on April 16, 2026.

Dated: 4/16/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790