United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 22-50659-KMS

Robert Christopher Gentry                                                    Chapter 13

Jessica Nicole Gentry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                      Page 1 of 2

Date Rcvd: Apr 16, 2026                Form ID: pdf012                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb          + Robert Christopher Gentry, Jessica Nicole Gentry, 1121 Berthadale Rd., McComb, MS 39648-8242

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

**Name                              Email Address**

Jennifer A Curry Calvillo

    on behalf of Debtor Robert Christopher Gentry jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

    on behalf of Joint Debtor Jessica Nicole Gentry jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

John E. Tucker

    on behalf of Creditor Gulfco of Mississippi  LLC jtucker@towerloan.com

Joseph Justin Saffle

    on behalf of Creditor Lendmark Financial Services justin@wilkinsonlawms.com  bk@wilkinsonlawms.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Robert Christopher Gentry trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 16, 2026                       Form ID: pdf012                                 Total Noticed: 1

                  nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                  on behalf of Joint Debtor Jessica Nicole Gentry trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                  USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

                  wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 8



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Robert Christopher Gentry** | **CASE NO.:  22-50659 KMS** |
| **Jessica Nicole Gentry** | |

## ORDER DISMISSING CASE

**THIS MATTER** came on for consideration on Motion *Ore Tenus* of the Chapter 13 Trustee to Dismiss Debtors' bankruptcy case, and the Court having considered the matter and being advised that the Debtor(s) have failed to comply with the terms of this Court's Agreed Order Denying Trustee's Motion to Dismiss for Non-Payment (Dk. 74), orders and adjudicates as follows:

**IT IS THEREFORE ORDERED** that based upon the Debtors' failure to comply with this Court's Agreed Order Denying Trustee's Motion to Dismiss for Non-Payment (Dk. 74), Debtors' bankruptcy case is hereby dismissed.

**##END OF ORDER##**

Order Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505